UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03278-RM-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| M & H DEVELOPMENT, LLC, a Colorado limited liability company; | : |
| Defendant. | : |

_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT M & H DEVELOPMENT, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendant M & H DEVELOPMENT, LLC *without prejudice*. This action was filed on December 20, 2018. The Defendant has not served an answer. *See* Doc 18, Clerk's Entry of Default.

The Plaintiff's expectation is that the Defendant will undertake remedial efforts to remove all barriers to access set forth in subparagraphs (a) through (ll) of paragraph 29 of the Complaint on or before December 20, 2019 (as such barriers to access are further described in the Affidavit of Dr. David Nekouee and the inspection report, with photographs, attached hereto), and to make the subject Comfort Inn (Suites) hotel at 11292 Business Park Circle, Firestone, Colorado 80504 readily accessible to and useable by the Plaintiff and other individuals with disabilities on or before such date.

DATE:  June 22, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, KS 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2019, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system, and placed a true and correct copy thereof in the United States Mail, with correct postage thereon, addressed to:

M & H DEVELOPMENT, LLC
c/o Registered Agent
Myong J. Kim
11292 Business Park Circle
Firestone, Colorado 80504

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)

2